,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-80059-Cr-Cannon/Reinhart

Case No. _____

21 USC § 846

UNITED STATES OF AMERICA,

vs.

FREDY ALEXANDER AVILA,

Defendant.

_____/

FILED BY_____TM_____D.C.

Apr 21, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From in or around March, 2022, the exact date being unknown to the Grand Jury,

and continuing through on or about April 5, 2022, in Palm Beach County, in the Southern

District of Florida, and elsewhere, the defendant,

**FREDY ALEXANDER AVILA,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known

and unknown to the Grand Jury, to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

With respect to the defendant **FREDY ALEXANDER AVILA**, it is further alleged

that the controlled substance involved in the conspiracy attributable to the defendant, as

a result of his own conduct and the conduct of other coconspirators reasonably

foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

### COUNT 2

On or about April 5, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

### FREDY ALEXANDER AVILA,

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sectin 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(b)(ii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

### A TRUE BILL:

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.:

v.

FREDY ALEXANDER AVILA

_____/

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL   ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Spanish

4.  This case will take   3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                  (Check only one)
    I    ☑ 0 to  5 days               ☐ Petty
    II   ☐ 6 to 10 days               ☐ Minor
    III  ☐ 11 to 20 days              ☐ Misdemeanor
    IV   ☐ 21 to 60 days              ☑ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge                               Case No.

7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Magistrate Case No. 22-8135-MM

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No)
    If yes, Judge                               Case No.

9.  Defendant(s) in federal custody as of 04/05/2022

10. Defendant(s) in state custody as of

11. Rule 20 from the Southern      District of Florida

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
John McMillan
Assistant United States Attorney
Court ID No.     8055228

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: _____FREDY ALEXANDER AVILA_____

Case No.: _____

## Count # 1

Conspiracy to Possess with the Intent to Distribute a Controlled Substance, to wit, 500 grams or more of mixture and substance containing Cocaine, a Schedule II controlled substance
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846

**Max. Penalty**: 5 year mandatory minimum, to maximum 40 year term of imprisonment; $5,000,000 fine; minimum 4 year to life term of supervised release; and a $100.00 special assessment.   Deportation or removal from the United States upon conviction.

## Count # 2

Attempted Possession with the Intent to Distribute a Controlled Substance, to wit, 500 grams or more of mixture and substance containing Cocaine, a Schedule II controlled substance
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846

**Max. Penalty**: 5 year mandatory minimum, to maximum 40 year term of imprisonment; $5,000,000 fine; minimum 4 year to life term of supervised release; and a $100.00 special assessment.   Deportation or removal from the United States upon conviction.