UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80059-Cr-CANNON/REINHART
21 USC § 846

UNITED STATES OF AMERICA,

vs.

FREDY ALEXANDER AVILA,

                Defendant.

_____/

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about April 5, 2022, in Broward County, in the Southern District of Florida, the defendant,

**FREDY ALEXANDER AVILA,**

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

_____ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

FILED BY SP D.C.
Jul 18, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

FREDY ALEXANDER AVILA

_____/

CASE NO.: 22-80059-Cr-CANNON/REINHART

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

New Defendant(s) (Yes or No) **No**
Number of New Defendants **0**
Total number of New Counts **0**

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over
   
   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **Yes**
   If yes, Judge **Cannon**  Case No. **22-cr-80059-AMC**

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-8135-WM**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of **04/06/2022**

10. Defendant(s) in state custody as of _____

11. Rule 20 from the **Southern** District of Florida

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
John McMillan
Assistant United States Attorney
Court ID No.  8055228

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:     FREDY ALEXANDER AVILA

**Case No**:     22-80059-Cr-CANNON/REINHART

**Count #: 1 (Sole)**

**Attempted Possession with the Intent to Distribute a Controlled Substance, to wit, a mixture and substance containing Cocaine, a Schedule II controlled substance**
**Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 846**

\* **Max. Term of Imprisonment:** Twenty (20) years
\* **Mandatory Min. Term of Imprisonment (if applicable):** 3 years
\* **Max. Supervised Release:** Life
\* **Max. Fine:** $1,000,000.00
Immigration consequences of deportation or removal upon conviction

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   22-80059-Cr-CANNON/REINHART |
| FREDY ALEXANDER AVILA | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*